## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 890 MAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DAJUAN SAUNDERS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.